Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

United States Courts
Southern District of Texas
FILED

*October 18, 2023*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CRIMINAL NUMBER **3:23-cr-00019** |
| 1. JOHN EARL EDWARDS | § | |
| 2. KEREE RENCHIE | § | |
| 3. BRYAN JOSEPH DEJOHNETTE | § | |
| 4. JOSE MARIA DUPLAN | § | |
| 5. LARRY EDWARD ALEXANDER | § | |
| 6. TINA LOUISE SMITH | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about July 1, 2021, and on or about December 21, 2021, in the Southern

District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

JOHN EARL EDWARDS,
KEREE RENCHIE,
BRYAN JOSEPH DEJOHNETTE,
JOSE MARIA DUPLAN,
LARRY EDWARD ALEXANDER, and
TINA LOUISE SMITH,

did knowingly and intentionally conspire and agree together, with each other, and with other

persons known and unknown to the Grand Jury, to possess with intent to distribute controlled

substances. This violation involved 500 or more grams of a mixture or substance containing a

detectable amount of methamphetamine; 28 or more grams of a mixture or substance containing

a detectable amount of cocaine base, also known as "crack" cocaine; less than 500 grams of a

mixture or substance containing a detectable amount of cocaine; and less than 40 grams of a

mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as Fentanyl, all Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C).


## COUNT TWO

On or about July 22, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendants,

JOHN EARL EDWARDS, and
JOSE MARIA DUPLAN,

who each aided, abetted, and assisted one another, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as Fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(l) and 841(b)(l)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about July 30, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendants,

JOHN EARL EDWARDS, and
JOSE MARIA DUPLAN,

who each aided, abetted, and assisted one another, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide,

commonly known as Fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(l) and 841(b)(l)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about September 9, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

TINA LOUISE SMITH,

did knowingly and intentionally use any communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841(a)(1), that is, the offenses set forth in Count ONE of this indictment and incorporated by reference herein.

In violation of Title 21, United States Code, Section 843(b).

## COUNT FIVE

On or about September 16, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

TINA LOUISE SMITH,

did knowingly and intentionally use any communication facility, that is, a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 846 and 841(a)(1), that is, the offenses set forth in Count ONE of this indictment and incorporated by reference herein.

In violation of Title 21, United States Code, Section 843(b).

3

## COUNT SIX

On or about September 29, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendants,

KEREE RENCHIE, and
BRYAN JOSEPH DEJOHNETTE ,

who each aided, abetted, and assisted one another, did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as Fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(l) and 841(b)(l)(C), and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about December 2, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

LARRY EDWARD ALEXANDER

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately fifty-one and six-tenths (51.6) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

4

## COUNT EIGHT

On or about December 2, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

LARRY EDWARD ALEXANDER

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack", that is, approximately 29 grams of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT NINE

On or about December 2, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

LARRY EDWARD ALEXANDER

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved less than 500 grams of a mixture or substance containing a detectable amount of cocaine, that is, approximately 141.5 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TEN

On or about December 2, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

5

JOHN EARL EDWARDS,

did knowingly and intentionally possess with intent to distribute a controlled substance. This

violation involved 500 grams or more of a mixture or substance containing a detectable amount

of methamphetamine, that is, approximately 1,032.2 grams of a mixture or substance containing

a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

**Original Signature on File**
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: _____
KENNETH A. CUSICK
Assistant United States Attorney

6